UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-166-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| HOWARD GOLDSMITH | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 14 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

Date: 12/18/2014

THE HONORABLE JAMES C. DEVER
Chief U.S. District Judge