IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-00166D-001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HOWARD GOLDSMITH, | ) | |
| | ) | |
| Defendant. | ) | |

UPON SUFFICIENT CAUSE SHOWN, the Court hereby GRANTS Defendant's Motion to Seal Documents. Defendant's Sentencing Memorandum and accompanying exhibits are HEREBY ORDERED to be SEALED.

This the 11 day of August, 2015.

HON. JAMES C. DEVER III
CHIEF U.S. DISTRICT COURT JUDGE