IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-166-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **ORDER RECOGNIZING PETITIONS** |
| v. | : | **OF WAKE COUNTY, NORTH** |
| | : | **CAROLINA DEPARTMENT OF** |
| HOWARD GOLDSMITH | : | **REVENUE [DE 43] AND NORTH** |
| | : | **STATE BANK [DE 44]** |

This motion is before the Court on unopposed motions by Wake County Department of Revenue (DE#43) and North State Bank (DE#44) to recognize their superior interests in real property preliminarily forfeited to the United States in an Order entered August 18, 2015.

For good cause shown, and with no opposition, the motions are GRANTED. The United States is directed to incorporate provision for the sale of the respective properties and recognition of such interests of the petitioners into its motion for a final order of forfeiture to be made at the appropriate time.

SO ORDERED this 16 day of December, 2015.

JAMES C. DEVER, III
Chief United States District Judge

1