IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-166-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HOWARD GOLDSMITH, ) | |
| ) | |
| Defendant. ) | |

On November 12, 2015, Howard Goldsmith moved to correct the judgment and Presentence Investigation Report ("PSR") in order to reflect a recommendation of F.C.I. Lewisburg. See [D.E. 53]; Fed. R. Crim. P. 36. The government does not oppose the motion. See [D.E. 53] 2.

The court GRANTS the motion [D.E. 53] in part. The judgment is AMENDED to include a recommendation of F.C.I. Lewisburg. The PSR is not amended.

SO ORDERED. This 16 day of December 2015.

JAMES C. DEVER III
Chief United States District Judge