IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-166-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HOWARD GOLDSMITH, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to the motion to stay filed on May 18, 2016. See [D.E. 69]. The response is due no later than June 30, 2016.

SO ORDERED. This 8 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge