IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-166-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HOWARD GOLDSMITH, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion to reduce his sentence [D.E. 83]. The response is due not later than March 17, 2017.

SO ORDERED. This 19 day of February 2017.

JAMES C. DEVER III
Chief United States District Judge