UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-166-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| HOWARD GOLDSMITH | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 88 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

SO ORDERED. This 21st day of March 2017.

_____
THE HONORABLE JAMES C. DEVER
Chief U.S. District Judge